IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JENNAFER SCHNAUDT, *et al.*,

    **Plaintiffs,**

                                        Civil Action 2:15-cv-02619
                                        Judge James L. Graham
    v.                                   Chief Magistrate Judge Elizabeth P. Deavers

JOHNCOL, INC., *et al.*,

    **Defendants.**

# ORDER

This matter is before the Court on the parties' Joint Status Report. (ECF No. 54.) The parties report that they have participated in a mediation and reached an agreement to settle the above-captioned case. The parties further report that they are in the process of finalizing the terms of a settlement agreement, which they intend to present to the Court for approval on or before May 3, 2019. Accordingly, the parties are **ORDERED** to file a **JOINT STATUS REPORT** outlining the status, but not the substance, of settlement on or before **MAY 8, 2019** unless a proposed settlement agreement has been filed in the interim.

    **IT IS SO ORDERED.**


Date: April 19, 2019                                  /s/ *Elizabeth A. Preston Deavers*
                                                               **ELIZABETH A. PRESTON DEAVERS**
                                                               **CHIEF UNITED STATES MAGISTRATE JUDGE**